## Commonwealth ex rel. Hunter, Appellant, *v.* Rundle.

Submitted December 13, 1965. *Frederick A. Hunter,* appellant, in pro-

pria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.